IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

WILLIAM R. WEST,  :
    Plaintiff
                                       :

    vs.                      :    CIVIL NO. 1:CV-06-0748

JO ANNE B. BARNHART,    :     (Judge Caldwell)
Commissioner of Social
Security,                  :    (Magistrate Judge Smyser)
    Defendant

O R D E R

AND NOW, this 4th of December, 2006, upon consideration of the report (doc. 11) of the Magistrate Judge, filed November 2, 2006, to which no objections were filed, and upon independent review of the record, it is ordered that:

    1. The report of the Magistrate Judge is adopted;

    2. This case is remanded to the Commissioner for further consideration consistent with the Magistrate Judge's report;

    3. The Clerk of Court shall close this file.

                                /s/William W. Caldwell
                                William W. Caldwell
                                United States District Judge

FILED
HARRISBURG, PA

DEC 4 2006

MARY E. D'ANDREA, CLERK
Per _____
    Deputy Clerk